UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      No. 2:15-CR-20003

DONALD WAYNE LAMOUREAUX                                                         DEFENDANT

## ORDER

Defendant has filed a motion (Doc. 77) to alter or amend the Court's order (Doc. 76) adopting a report and recommendations (Doc. 72) and denying Defendant's motion (Doc. 59) to vacate. Defendant filed the motion to provide the Court with two pages that were missing from Defendant's objections (Doc. 74) to the report and recommendations, and to ask the Court to reconsider and revise its order on the basis of those pages.

The Court noted the absence of the pages in its order adopting the report and recommendations, and as a result conducted de novo review of the report and recommendations. The missing pages provide no basis for reconsidering the order denying Defendant's motion to vacate, and the motion to alter or amend would be denied on that basis. However, prior to entry of an order denying the motion to alter or amend, Defendant filed a notice of appeal (Doc. 78), thereby depriving the Court of jurisdiction over those aspects of the case involved in the appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). The Court cannot deny the motion to alter or amend on its merits, but must instead deny it because the Court lacks jurisdiction.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 77) is DENIED.

IT IS SO ORDERED this 11th day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE