IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

VS.                            Criminal No. 2:15-cr-20003-PKH-MEF-1

DONALD WAYNE LAMOUREAUX                                                                                   DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant, Donald Wayne Lamoureaux, has filed a Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 114) in this case from the Court's Order (ECF No. 106) entered on September 16, 2021, dismissing his Motion to Relate Back and Amend 28 U.S.C. 2255 (ECF No. 102) and his Motion to Vacate Ruling (ECF No. 103). Defendant's Motion for Leave to Appeal *In Forma Pauperis* has been referred to the undersigned.

As noted in the Court's Order (ECF No. 106), the Defendant's motions seek to "add a new ground for relief" or "attack[] the court's previous resolution of a claim on the merits," so relief must be sought through a successive motion to vacate brought under 28 U.S.C. § 2255, and for that Defendant must first request and obtain permission from the Eighth Circuit Court of Appeals. Defendant did not obtain permission to file a successive motion under 28 U.S.C. § 2255, and his motions (ECF Nos. 102, 103) seeking such relief were therefore not authorized by the Eighth Circuit Court of Appeals.

Accordingly, it is recommended that Defendant's Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 114) be **DENIED**.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

1

**reminded that objections must be both timely and specific to trigger de novo review by the district court**.

    DATED this 29th day of November 2021.

                                        /s/ *Mark E. Ford*
                                        HON. MARK E. FORD
                                        UNITED STATES MAGISTRATE JUDGE