UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                          No. 2:15-CR-20003-001

DONALD WAYNE LAMOUREAUX                                                           DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 117) from Chief United States Magistrate Judge Mark E. Ford. Defendant has filed objections (Doc. 118). The Court has reviewed the report and recommendation de novo. The Magistrate recommends Defendant's motion for leave to appeal in forma pauperis be denied. Defendant's objection argues the Magistrate does not have jurisdiction to issue a report and recommendation, however, the motion was referred to the Magistrate pursuant to 28 U.S.C. § 636 which confers jurisdiction upon the Magistrate.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 117) is ADOPTED IN FULL and Defendant's motion (Doc. 114) for leave to appeal in forma pauperis is DENIED.

IT IS SO ORDERED this 20th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE