UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                            No. 2:15-CR-20003

DONALD WAYNE LAMOUREAUX                                                                 DEFENDANT

## OPINION AND ORDER

On August 15, 2022, Defendant Donald Wayne Lamoureaux filed a motion for leave to appeal *in forma pauperis* (Doc. 127). That motion was referred to Chief Magistrate Judge Mark E. Ford, who issued a report and recommendation (Doc. 128) recommending the motion be denied on the grounds that Mr. Lamoureaux has not obtained permission from the Eighth Circuit Court of Appeals to file a second or successive motion under 28 U.S.C. § 2255. Mr. Lamoureaux then filed a motion to withdraw (Doc. 130) his earlier motion for leave. Mr. Lamoureaux's motion to withdraw will be GRANTED. Accordingly, his motion for leave and the Magistrate Judge's report and recommendation will both be terminated as MOOT.

Also before the Court is a separate motion for return of seized property (Doc. 123), which Mr. Lamoureaux filed on July 26, 2022. In that motion, Mr. Lamoureaux requests that this Court order the Government to return to him $514 in cash which he claims was "unlawfully taken from him on February 6, 2015 upon his arrest by the United States Marshal for this District." *Id.* at 1. The Government has filed a response in opposition to this motion.

Mr. Lamoureaux's motion for return of seized property is brought under Rule 41(g) of the Federal Rules of Civil Procedure. The Eighth Circuit construes such motions as civil actions for equitable relief under 28 U.S.C. § 1331, to which 28 U.S.C. § 2401(a)'s catch-all six-year statute of limitations applies. *See United States v. Mendez*, 860 F.3d 1147, 1149–50 (8th Cir. 2017).

When the property at issue was seized as evidence in a criminal case, the claimant's statute of limitations begins running once the district court enters judgment in that criminal case. *See id.* at 1150.

Here, the property at issue was seized at the time of Mr. Lamoureaux's arrest under the criminal complaint (Doc. 1) in the instant case. Mr. Lamoureaux's criminal judgment was entered on November 20, 2015. *See* Doc. 46. Mr. Lamoureaux's motion for return of seized property was filed more than six years from that date, and is therefore barred by the statute of limitations.

IT IS THEREFORE ORDERED that Defendant Donald Wayne Lamoureaux's motion for return of seized property (Doc. 123) is DENIED.

IT IS FURTHER ORDERED that Mr. Lamoureaux's motion to withdraw (Doc. 130) is GRANTED.

IT IS FURTHER ORDERED that Mr. Lamoureaux's motion for leave to appeal *in forma pauperis* (Doc. 127) and Chief Magistrate Judge Mark E. Ford's report and recommendation (Doc. 128) are both terminated as MOOT.

IT IS SO ORDERED this 29th day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE